**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
David A. Blansky, Esq.
Jordan Pilevsky, Esq.
(516) 826-6500

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:

MARLENE CAMACHO
and DIEGO CAMACHO,

                       Debtors.
-------------------------------------------------------------------x
GREGORY MESSER, ESQ., as Trustee of the estate
of Marlene Camacho and Diego Camacho,

                       Plaintiff,

        -against-

JORGE H. CAICEDO
and NATASHA CAICEDO,

                       Defendants.
-------------------------------------------------------------------x

Chapter 7
Case No. 12-43472 (CEC)

Adv. Pro. No. 12-01318 (CEC)

<u>**NOTICE OF SETTLEMENT OF ORDER APPROVING DISCOVERY ORDER**</u>

     **PLEASE TAKE NOTICE**, that the annexed Order scheduling discovery and related relief as agreed to by the Trustee, the Defendants and the Debtor, through respective counsel at a hearing held on March 6, 2014 in the above-referenced adversary proceeding will be presented for settlement on **March 21, 2014 at 10:00 a.m.** to the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York.[1]

---

[1] Trustee's counsel circulated a proposed stipulation and order to counsel for the Defendants but, to date, has not received any form of a response. In an effort to avoid further delay, the Trustee, through counsel, decided to settle the instant Order upon counsel.

1

**PLEASE TAKE FURTHER NOTICE,** that counter-orders, if any, must be filed with the Court and served upon the Chambers of the Honorable Carla E. Craig, with a copy to LaMonica Herbst & Maniscalco, LLP, Attn: David A. Blansky, Esq. and Jordan Pilevsky, Esq., 3305 Jerusalem Avenue, Wantagh, New York 11793, so as to be received no later than **March 18, 2014 by 2:00 p.m.**

Dated: March 14, 2014
      Wantagh, New York

LaMONICA HERBST & MANISCALCO, LLP
Attorneys for the Plaintiff

By:    *s/ David A. Blansky*
    David A. Blansky, Esq.
    Jordan Pilevsky, Esq.
    305 Jerusalem Avenue, Suite 201
    Wantagh, New York 11793
    (516) 826-6500

*M:\Documents\Company\Cases\Camacho, Marlene & Diego\Adv Pro\Notice of Settlement of Order.docx*