UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

MARLENE CAMACHO
and DIEGO CAMACHO,

                              Debtors.
-----------------------------------------------------------------x
GREGORY MESSER, ESQ., as Trustee of the estate
of Marlene Camacho and Diego Camacho,

                              Plaintiff,

   -against-

JORGE H. CAICEDO
and NATASHA CAICEDO,

                              Defendants.
-----------------------------------------------------------------x

Chapter 7
Case No: 12-43472 (CEC)

Adv. Pro. No. 12-01318 (CEC)

## **DISCOVERY SCHEDULING ORDER**

Upon a hearing having been held on March 6, 2014 (the "**Hearing**") in connection with the above-referenced adversary proceeding (the "**Adversary Proceeding**") before the Honorable Carla E. Craig, Chief United States Bankruptcy Judge, United States Bankruptcy Court, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York; and Gregory Messer, Esq., the Chapter 7 Trustee (the "**Trustee**" or "**Plaintiff**") of the bankruptcy estate of Marlene Camacho ("**Marlene**") and Diego Camacho (collectively, the "**Debtors**") having appeared at the Hearing; and Jordan Pilevsky, Esq., LaMonica Herbst & Maniscalco, LLP, having appeared at the Hearing on behalf of the Trustee; and Karamvir Dahiya, Esq. having appeared at the Hearing on behalf of Jorge H. Caicedo and Natasha Caicedo (the "**Defendants**") and Debtor Marlene; and representations made by the parties at the Hearing, the transcript of which is incorporated by reference; it is hereby

**ORDERED,** that Marlene's motion dated February 7, 2013 to seeking, *inter alia*, to convert her case to one under Chapter 13 of the Bankruptcy Code shall be held in abeyance pending a judicial determination in connection with the Adversary Proceeding; and it is further

**ORDERED**, that the Plaintiff and the Defendants shall complete discovery in connection with the Adversary Proceeding by **May 5, 2014**; and it is further

**ORDERED**, that the Plaintiff will accept a settlement sum of $60,000 (the "**Settlement Sum**") in the form of a bank or certified check made payable to "Gregory Messer, as Trustee" and delivered to his counsel, LaMonica Herbst & Maniscalco, LLP., in full and final satisfaction of the claims asserted by the Plaintiff in the Adversary Proceeding; provided that, and only if, the Settlement Sum is received by **no later than April 21, 2014** (the "**Deadline**").  In the event that the Settlement Sum is received on or in advance of the Deadline, the parties shall memorialize such settlement in a separate stipulation that will be subject to Bankruptcy Court approval; and it is further

**ORDERED**, that an adjourned pre-trial conference in the Adversary Proceeding shall be held on **May 8, 2014 at 3:00 p.m.**