**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X    Hearing Date: ~~September ___, 2014 @ AM/PM~~
                                                            *October 9, 2014 at 2:30 p.m.*

IN RE:

     MARLENE CAMACHO                          Case No. 12-43472 (CEC)
     DIEGO CAMACHO
          Debtors.
-------------------------------------------------------X
GREGORY MESSER, ESQ. as Trustee of
The Estate of Marlene Camacho
and Diego Camacho,                                          Adv. Pro. No.  12-01318
          Plaintiff,

--against—

JORGE H. CAICEDO
and NATASHA CAICEDO,
          Defendants.
-------------------------------------------------------X


ORDER SCHEDULING HEARING ***ON THE DEBTOR'S MOTION*** ~~TO (A) SCHEDULE AN HEARING~~ *(CEC)* UNDER ~~PROPOSED~~ *(CEC)* BANKRUPTCY RULE 9019 ***FOR (CEC)*** APPROVAL OF SETTLEMENT AND ~~(B) DEBTOR REQUESTED~~ *(CEC)* ABANDONMENT OF THE REAL PROPERTY LOCATED AT 652 56th Street, Brooklyn, New York 11220


       **UPON**, the motion (the "**Motion**") of Marlene Camacho ~~debtor~~ *(CEC)* (the

"**Debtor**") ~~dated~~ ***filed (CEC)*** September 24, 2014, for the entry of an order (a) scheduling the hearing

with respect settlement with the Chapter 7 Trustee (the "**Settlement**"), (b) scheduling a further

hearing before this Court to consider the requested abandonment of the Real Property located at

652, 56th Street, Brooklyn, New York 11220 (the "**Abandonment Hearing**"), and it appearing

necessary and appropriate to shorten the time to convene the Hearing pursuant to §105(a) of the

Bankruptcy Code and Rule 2002(a) of the Federal Rules of Bankruptcy Procedure, and after due

deliberation and sufficient cause appearing therefore, it is hereby:

       **ORDERED**, that ~~September ___, 2014 at _____ a.m./p.m.~~ ***a hearing will be***

***held on October 9, 2014, at 2:30 p.m. (CEC)***, at the United States Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn New York, ~~be and it hereby is scheduled as the date, time, and place for a hearing  (the "~~**~~Hearing~~**~~") schedule the hearing~~ ***(CEC)*** with respect to settlement with the Chapter 7 Trustee (the "**Settlement**"), ~~(b)~~ ***and (CEC)*** scheduling a further hearing before this Court to consider the requested abandonment of the Real Property located at 652, 56th Street, Brooklyn, New York 11220 (the "**Abandonment Hearing**"); and it is further

~~**ORDERED,**~~ ~~that the  twenty (20) day notice period required by Bankruptcy Rule 2002(a) to consider for approval of the Rule 9019 Motion  the fourteen (14) days notice period required for abandonment of the property, be and it hereby is shortened to ____ (___) days; and it is further~~

**ORDERED**, that the Debtor shall ~~within (___) business days from the date of the entry of this Order~~ serve, by first class mail, a copy of this Order together with the Motion (and Exhibits) upon: all creditors and parties that have filed a notice of appearance in this case, including  all other entities known or reasonably believed by the Debtor to have asserted a lien, encumbrance, claim or other interest in the Property, including the proposed purchaser of the property and the Office of the United States Trustee ***to be received by October 1, 2014 (CEC)***; and it is further

**ORDERED**, that that any objection to the relief sought at the Hearing must conform to the federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court and be filed with the Bankruptcy Court ~~electronically in accordance with General Order (General Order and the Attorney's Manual for the Electronic Case Filing System which can be found at www.nyeb.uscourts.gov, the official website for the Bankruptcy Court), by registered users of the Bankruptcy Court's case filing system and by all other parties in interest, on a 2.5 inch disk, preferably in Portable Document Format (PDF), Corel Word Perfect, Microsoft Word, DOS text~~

(ASCII) or a scanned image of the filing (with a hard copy delivered directly to Chambers) *__(CEC)__*
and be served in accordance with Local Rules of Eastern District of New York, so as to be received
no later than 5:00 p.m. on September____, 2014 *__October 8, 2014 (CEC)__* by the following parties:
(i) Dahiya Law Offices, LLC, Attorneys for the Debtor and the Defendants,  75 Maiden Lane Suite
506 New York New York 10038,  Attn: Karamvir S. Dahiya, Esq.; (ii)  LAMONICA HERBST &
MANISCALCO, LLP 3305 Jerusalem Avenue, Suite 201 Wantagh, New York 11793 (516) 826-
6500; ATT: David A. Blansky, Esq.*__; and it is further (CEC)__*

 **ORDERED**, that any interested party requiring additional information with regard to the
motion my contact counsel for the Debtor.



**Dated: Brooklyn, New York**
  **September 26, 2014**

          **Carla E. Craig**
        **United States Bankruptcy Judge**